UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL CHENE,

       Plaintiff,                          Case No. 2:15-cv-10576
                                                      Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER GRANTING THE COMMISSIONER'S MOTION FOR LEAVE TO ATTEND HEARING BY TELEPHONE (DE 20)

     This matter is scheduled for a hearing on September 21, 2016.  (DE 21.) The Commissioner has filed a motion for leave to attend the hearing by telephone. (DE 20.)  Defense counsel indicates that round-trip travel to the hearing would create an undue financial hardship.  Defense counsel's office is located in Boston, Massachusetts, and the hearing will occur in Detroit, Michigan.  Moreover, defense counsel represents that Plaintiff's counsel "assessed to the relief requested in this motion."  (DE 20 at 2.)

     Although the Court generally believes that there is often a more meaningful discussion at oral argument when counsel appear in person, and therefore prefers to to avoid telephonic hearings, for good cause shown, Defendant's motion is **GRANTED**.  (DE 20.)  Defense counsel may appear telephonically at the

September 21, 2016 hearing, and local counsel for the Commissioner need not be present.

    **IT IS SO ORDERED.**

Dated: September 1, 2016        s/Anthony P. Patti
                                          Anthony P. Patti
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 1, 2016, electronically and/or by U.S. Mail.

                                            s/Michael Williams
                                            Case Manager for the
                                            Honorable Anthony P. Patti