UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL CHENE,

Plaintiff,

Case No. 2:15-cv-10576
Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.
_______________________________________/

# JUDGMENT

The above entitled matter has come before the Court on cross-motions for summary judgment, and in accordance with the Court's order granting Plaintiff's motion for summary judgment and denying Defendant's motion for summary judgment entered this date, and remanding this matter to the Commissioner for further proceedings,

**IT IS ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of Plaintiff and the case is hereby remanded to the Commissioner for further proceedings consistent with the Court's order.

Dated: September 23, 2016

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 23, 2016, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti